IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
U.S. District Court
District of Kansas

JUN 12 2023

Clerk, U.S. District Court
By _____ Deputy Clerk

Carl E. Watson )
)
William G. Watson )
)
Jamesine P. Watson )
(Enter above the full name of the Plaintiff(s) )
)
vs. ) Case Number  6:23-cv-1120-EFM-KGG
)
Sheryl A. Ebert )
Name )
4612 Westbrook Dr., #2 )
Street and number )
Traverse City, MI 49685 )
City    State    ZipCode )

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

**CIVIL COMPLAINT**

I.  Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

A.  Name of plaintiff Carl E. Watson

Address 7130 W. Maple Street, Ste. 230,

PMB 241, Wichita, KS 67209

1

DEFENDANTS:

1. William Gregory Watson,

a. 5903 Peterson Ridge Lane,

Memphis, TN 38115.

818-304-5217.


2. Jamiesine Patricia Watson,

39463 White Canyon Drive,

Palm Desert, CA 92260.

602-373-3083.

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B.  Defendant <u>Sheryl A. Ebert</u> is

employed at <u>none listed.</u>

_____

C.  Additional Defendants <u>Veteran Evaluation Services</u>

<u>2707 North Loop West, Ste. 1000</u>

<u>Houston, TX 77008</u>

II. Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A.  (If Applicable) Diversity of citizenship and amount:
   1.  Plaintiff is a citizen of the State of _____Kansas_____.
   2.  The first-named defendant above is either
       a.  a citizen of the State of _____Michigan_____; or
       b.  a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

   3. The second-named defendant above is either
       a.  a citizen of the State of _____Texas_____; or
       b.  a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.)
Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

2

B.  (If applicable)  Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

☐ 1.  This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331): Constitution, Article_____, Section_____; Statute, US Code, Title_____, Section_____.

☑ 2.  This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

☐ 3.  Other grounds (specify and state any statute which gives rise to such grounds):

Defamation/Libelous statements.

III.  Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief.  State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s).  Do not set forth legal arguments.  If you intend to allege more than one claim, number and set forth each claim in a separate paragraph.  Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

Ebert has submitted over forty five false and libelous statements to the contractor VES, presented to the VA. The first libelous statement alleged that it asked me if ur mother was on drugs/alcohol when I was born in 1948 and wrote that I res-ponded that I did not know. This is the Class action suit. She finally indicated that my college graduations are Delusional and I did graduate with three degrees.

IV.  Relief:

(State briefly exactly what judgement or relief you want from the Court.  Do not make legal arguments.)

3

Ebert has submitted the false-libelous statements to the VA false alleging that I a suffering with a schizophrenic condition without any factual proof from my Army records or after with denying my college degrees.

V. Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes [X] No [ ]

VI. Do you claim actual damages for the acts alleged in your complaint? Yes [X] No [ ]

VII. Do you claim punitive monetary damages? Yes [X] No [ ]

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

My siblings should receive one million dollars each and I should receive four milli( dollars.

The longer she waits to correct the false statements the higher the amount will gc or increase daily.

4

VIII. Administrative Procedures:

A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?
Yes [X]   No [ ]

B. If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

The VA in September 2021.

The Federal Court in Wichita in January 2023.

The contractor, VES in June 2023.

C. If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

IX. Related Litigation:

Please mark the statement that pertains to this case:

[ ]   This cause, or a substantially equivalent complaint, was previously filed in this court as case number 6:22-1275 and assigned to the Honorable Judge Teeter.

[ ]   Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

/s/ C.E. Watson
Signature of Plaintiff

Carl E. Watson
Name (Print or Type)

7130 W. Maple St., Ste. 230, PMB 241
Address

5

Wichita, KS 67209
City     State     Zip Code

(316) 794-9448
Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { [X] Wichita, [ ] Kansas City, or [ ] Topeka }, Kansas as the
(Select One)
location for the trial in this matter.

/s/ C.E. Watson
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury { [X] Yes or [ ] No }
(Select One)

/s/ C.E. Watson
Signature of Plaintiff

Dated: 06/09/2023
(Rev. 10/15)

## CERTIFICATE OF SERVICE

The following transaction was sent by Carl E. Watson on 6/09/2023 at 12:00pm CST and it was sent on 06/09/2023.

I hereby certify that on June 09, 2023, that I did not electronically file the foregoing with the Court using the CM/ECF system because of a new printer issue.

This was FedExed to the court to the clerk on 6/09/2023.

To: Brian E. Vanorsby   brian.vanorsby@usdoj.gov, Caseview.ECF@usdoj.gov, jeanette.may@usdoj.gov, michelle.lies@usdoj.gov, Phyllis.creed@usdoj.gov

Sincerely,

Carl E. Watson

Pro Se Party

s/ C.E. Watson and I have registered with the Court and my registration has been accepted and approved, except my printer is not operating properly.

Email: cewatsonengr@aol.com

My address is: 7130 W. Maple Street, Ste. 230,

PMB 241, Wichita, KS 67209.

316-794-9448



FROM: (316) 794-9448
CARL WATSON
3401 N GREAT PLAINS DR RM 110
WICHITA KS 67220
US

SHIP DATE: 12JUN23
ACTWGT: 0.15 LB
CAD: 6992355/SSF02421
DIMMED: 12 X 9 X 1 IN

BILL 3rd PARTY

TO: United States District Court
Clerk's Office
401 N. Market
Wichita KS 67202
(316) 315-4200

FedEx Ground



TRK# 3994 6081 9651

67202

9622 0417 3 (000 000 0000) 0 00 3994 6081 9651



RECEIVED
JUN 1 2 2023
By_____