# United States District Court

------------------------- DISTRICT OF KANSAS--------------------------

| | |
|---|---|
| CARL E. WATSON, I, <br><br> Plaintiff, <br><br> v. <br><br> SHERYL A. EBERT and VETERAN EVALUATION SERVICES, <br><br> Defendants. | Case No. 6:23-cv-01120-HLT-GEB |

## JUDGMENT IN A CIVIL CASE

☐ Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒ Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

Pursuant to the Order (Doc. 47), Plaintiff's case is dismissed without prejudice. This case is closed.

IT IS SO ORDERED.

Dated: January 4, 2024                SKYLER O'HARA
                                      CLERK OF THE DISTRICT COURT

                                      by: */s/ M. Deaton*
                                           Deputy Clerk